**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


FLORIDA DECIDES HEALTHCARE,
INC., et al.,

    *Plaintiffs/Intervenor-Plaintiffs*,

v.                          Case No.: 4:25cv211-MW/MAF

CORD BYRD, et al.,

    *Defendants/Intervenor-Defendants*.

_____/


**JUDGMENT**

Judgment is entered in favor of Defendants with respect to Florida Decides Healthcare Inc.'s challenges to the petition circulator eligibility requirements, the petition circulator registration requirements, the ten-day delivery requirement and associated fines, and the increased verification costs provision. The Florida Decides Healthcare Plaintiffs' challenges to the "racketeering activity" definition are **DISMISSED as moot for prudential reasons.** The balance of the Florida Decides Healthcare Plaintiffs' claims are **DISMISSED for lack of standing**.


                                 JESSICA J LYUBLANOVITS,
                                 CLERK OF COURT

April 30, 2026
DATE

s/ *Kimberly J. Westphal*
DEPUTY CLERK

NDFL Ops 2 (Rev. 7/23) Civil Judgment
ClerkAdmin/Official/Forms